**No. 09-7956. Christopher Paul Bradford, Petitioner v. Robert J. Subia, Warden.**

559 U.S. 946, 130 S. Ct. 1519, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1491.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-7966. Henry James, Petitioner v. Sergeant Richardson, et al.**

559 U.S. 946, 130 S. Ct. 1519, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1243.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 982.

**No. 09-7967. Percy L. Jones, Petitioner v. Louisiana.**

559 U.S. 947, 130 S. Ct. 1519, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1303.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fifth Circuit, denied.

Same case below, 998 So. 2d 173.

**No. 09-7968. William King, Petitioner v. Stephen Mayberg, et al.**

559 U.S. 947, 130 S. Ct. 1520, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1277.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 334 Fed. Appx. 802.

**No. 09-7969. Uzell McFarland, Petitioner v. Larry D. Chandler, Warden.**

559 U.S. 947, 130 S. Ct. 1520, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1108.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-7970. Bernard Murphy, Petitioner v. George T. Hagan, Warden.**

559 U.S. 947, 130 S. Ct. 1520, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1192.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 854.

**No. 09-7977. Paul Bradley Speer, Petitioner v. Arizona.**

559 U.S. 947, 130 S. Ct. 1520, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1479.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 221 Ariz. 449, 212 P.3d 787.

**No. 09-7978. Otis Blaxton, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 947, 130 S. Ct. 1520, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1440.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-7979. Tony E. Brantley, Petitioner v. Marty Sirmons, Warden.**

559 U.S. 947, 130 S. Ct. 1520, 176 L. Ed. 2d 126, 2010 U.S. LEXIS 1476.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 342 Fed. Appx. 384.